**The People of the State of Illinois, Plaintiff-Appellee, v. John Vaseska, Defendant-Appellant.**

**Gen. No. 66–27. (Abstract of Decision.)**

Fifth District.
September 7, 1966.

Alan J. Dixon, of Belleville, for appellant; Floyd E. Crowder, State's Attorney of Monroe County, of Waterloo, for appellee. Opinion PER CURIAM. **Not to be published in full.**